No. 4,857.—STATE EX REL. ALFRED F. HADDOCK, RELATOR, *v.* DISTRICT COURT ET AL., RESPONDENTS.

Original application for Writ of Supervisory Control directed to the District Court of the Sixteenth Judicial District and Stanley E. Felt, Judge.

Decided April 16, 1921.

PER CURIAM.—The application of relator herein for writ of supervisory control is denied.